**Order entered July 20, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-00034-CR

### JOSEPH TODD SMITH, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-80590-2016**

## ORDER

We **REINSTATE** this appeal.

Because appellant's brief had not been filed, we abated this appeal for a hearing. On July 14, 2017, we received the trial court's July 12 findings and recommendations. We **ADOPT** the trial court's findings and recommendations that (1) appellant wants to pursue this appeal, (2) appellate counsel Lara Bracamonte's heavy workload has hindered her completing the brief, and (3) counsel needs an additional thirty days in which to file appellant's brief.

We **ORDER** appellant's brief filed within thirty days of the date of this order.

/s/     LANA MYERS
          JUSTICE